## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEWART KRAMER AND VALERIE
CONICELLO

                v.

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE CO. AND LAURIE
CRUZ, ADMINISTRATOR FOR THE
ESTATE OF MICHAEL T. MURPHY, JR.,
DECEASED, AND ADAM KRAMER

PETITION OF: NATIONWIDE PROPERTY
AND CASUALTY INSURANCE COMPANY

: No. 113 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the following issue:

> Did the Superior Court incorrectly rule that emotional distress
> damages are covered under an insurance policy providing
> liability coverage only for "bodily injury," even when the policy
> itself excludes emotional distress from the definition of bodily
> injury?